**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6392**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CYRUS JONATHAN GEORGE,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Robert Earl Maxwell, Senior District Judge. (CR-90-78)

———————

Submitted: July 22, 1998                    Decided: August 7, 1998

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Cyrus Jonathan George, Appellant Pro Se. William David Wilmoth, United States Attorney, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cyrus Jonathan George appeals the district court's order denying his request for <u>Brady</u>[*] material. We have reviewed the record and the district court's opinion and find, that to the extent the order is reviewable, <u>cf.</u> <u>North Carolina Ass'n of Black Lawyers v. North Carolina Bd. of Law Examiners</u>, 538 F.2d 547 (4th Cir. 1976), the denial of the motion was not erroneous. Accordingly, we affirm the district court's order. <u>See</u> <u>United States v. George</u>, No. CR-90-78 (N.D.W. Va. Mar. 3, 1998); <u>see also</u> Rule 6(a) of the Rules Governing Section 2255 Proceedings. We also deny George's motion to consolidate this appeal with his earlier appeal in <u>United States v. George</u>, No. 98-6148 (4th Cir. June 23, 1998) (unpublished), because this court's opinion in the earlier appeal has already been filed. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).